FILED

2005 JUL 26 PM 4: 45

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. A-05-CR-115 SS |
| | ) | |
| MICHAEL ANTHONY CASTILLE, | ) | |
| | ) | |
| Defendant. | ) | |

## FACTUAL BASIS

Had this matter proceeded to trial, the United States Attorney was prepared to prove the following facts:

In early June 2005 a Confidential Informant (CI) debriefed and gave agents information about methamphetamine distribution by Steven Sawyer. A CI negotiated the purchase of 5 ounces of methamphetamine from Sawyer. Sawyer was accompanied by co-defendant Barrow as they delivered the methamphetamine to the CI; both were arrested. Officers found that they were in possession of 5 ounces of methamphetamine in addition to cash, tally sheets and other evidence. Barrow had an additional 1 ounce of methamphetamine in her purse; Sawyer had an additional 1 ounce in his sock.

Sawyer cooperated and placed a call to his supplier Hague. Hague agreed to supply an additional 8 ounces of methamphetamine to Sawyer. Agents watched as Hague approached the location where he was to meet Sawyer, collect money Sawyer owed from prior methamphetamine sales and deliver an additional 8 ounces of methamphetamine to Sawyer. Agents arrested Hague when he arrived. Agents found over 9 ounces of methamphetamine in Hague's vehicle. Hague would not cooperate; however, Sawyer placed a call to ▓▓▓▓▓▓▓▓ Michael Anthony Castille. When Sawyer called Castille Sawyer complained that Hague had not delivered the methamphetamine. Castille agreed to bring the additional methamphetamine to Sawyer. When Castille approached the area, Agents attempted to stop the vehicle he was driving. Castille refused to stop, *and fled* ▓▓▓▓▓▓▓▓. As agents prepared to fire at Castille they noticed *another person* ▓▓▓ was in the front seat next to Castille. They did not fire and Castille drove past them at a high rate of speed. Castille remained a fugitive for several days. He was subsequently arrested while driving away from a residence. A search of the vehicle he drove revealed 2 pounds of methamphetamine in the trunk of the vehicle.

Tara Jo Barrow knew that Sawyer was distributing methamphetamine, helped conceal that fact from police by helping to secrete these activities and failed to make the commission of this crime known to some person in civil or military authority.

That in summary would be the evidence presented by the United States.

                                          Johnny Sutton
                                          United States Attorney

                                          */s/ Sharon Pierce for*
                                          Mark H. Marshall
                                          Assistant U. S. Attorney

State Bar No. 13032500

I have read the United States Factual Basis, and reviewed it with my attorney. I hereby admit that all of the allegations contained in the Factual Basis, of which I have direct knowledge, are true and correct and that I am guilty of the offense charged in Count One ~~~~~~ of the Indictment.

_____
MICHAEL ANTHONY CASTILLE
Defendant

July 21, 2005
Date

_____
Ron Gutierrez
Attorney

July 21, 2005
Date