IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

-vs-  CAUSE NO. A-05-CR-115(1)-SS

MICHAEL A. CASTILLE

## ORDER

BE IT REMEMBERED on this the 27th day of October 2005, the Court was presented with the motion to withdraw filed by Ronald S. Gutierrez, counsel of record for the defendant Michael Anthony Castille, and thereafter, enters the following:

The defendant Michael Anthony Castille employed Ronald S. Gutierrez as his counsel. The matter of compensation is a contractual matter between Mr. Gutierrez and Mr. Castille. The fact that "counsel does not wish to represent defendant in any post-sentencing matters" is inconsequential.

IT IS ORDERED that the Motion to Withdraw as Counsel [#102] is DENIED.

SIGNED this the 27th day of October 2005.

UNITED STATES DISTRICT JUDGE