UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2006 JAN 19  AM 10: 03

CLERK
WESTERN       COURT
              TEXAS

BY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CRIMINAL NO. A:05-CR-115 (1) SS |
| | ) | |
| MICHAEL CASTILLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Came on to be considered the motion filed by the United States Attorney pursuant to Rule 48(a), Federal Rules of Criminal Procedure, requesting that the remaining counts of the Indictment filed against MICHAEL CASTILLE be dismissed in the interest of justice, and the Court, having duly considered the motion, finds that the motion is meritorious. It is hereby

ORDERED that the government's motion be GRANTED.

SIGNED on the _18_ day of January 2006.

_Sam Sparks_
UNITED STATES DISTRICT JUDGE

120